1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9           **SOUTHERN DISTRICT OF CALIFORNIA**

10

11    DERRYL TYRONE FOSTER,                          Civil No.    10cv1952 BTM (BLM)

12                                  Petitioner,

13                 v.                               **ORDER DENYING WITHOUT
                                                    PREJUDICE MOTION FOR
14    PEOPLE OF THE STATE OF CALIFORNIA,            APPOINTMENT OF COUNSEL AND
                                                    DISMISSING CASE WITHOUT
15                                 Respondent.      PREJUDICE**

16

17         On September 15, 2010, Petitioner, a state prisoner proceeding pro se, filed a motion

18   asking the Court to grant a stay and abeyance pursuant to *Rhines v. Webber*, 54 U.S. 269 (2005).

19   By Order dated October 1, 2010, the Court denied Petitioner's request for stay and abeyance

20   without prejudice. (*See* Order dated October 1, 2010 [doc. no. 2].)  Petitioner was advised that

21   the Court could not grant the request because he had not yet filed a Petition for Writ of Habeas

22   Corpus pursuant to 28 U.S.C. § 2254, and unless Petitioner is a capital prisoner, he had not

23   initiated habeas proceedings in this Court. *Calderon (Nicolaus) v. United States District Court*,

24   98 F.3d 1102, 1107 n. 3 (9th Cir. 1996) (stating that "[u]nlike non-capital prisoners who initiate

25   habeas proceedings by filing a petition for a writ of habeas corpus, capital prisoners commence

26   federal habeas proceedings by filing a request for appointment of counsel"); *McFarland v. Scott*,

27   512 U.S. 849 (1994).

28   //

1    On November 8, 2010, Petitioner filed a Motion to Appoint Counsel. [Doc. No. 4.]

2  Petitioner has not filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in this

3  Court and has not alleged that he is a capital prisoner, therefore this Court lacks jurisdiction and

4  **DENIES** Petitioner's Motion for Appointment of Counsel as moot.

5                                       **<u>CONCLUSION</u>**

6    For the foregoing reasons, Petitioner's request for appointment of counsel is **DENIED**

7  as moot and the case is **DISMISSED** without prejudice and without leave to amend for the

8  reasons set forth in the Court's Order of October 1, 2010.  If Petitioner's chooses to file a

9  subsequent petition for writ habeas corpus pursuant to 28 U.S.C. § 2254, it will be filed as a new

10 case and given a new case number.

11     **IT IS SO ORDERED.**

12  DATED:  December 28, 2011

13

14                                      Honorable Barry Ted Moskowitz
                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28